BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of:<br><br>JUAN I FLORES CHAVARIN<br>DBA: LA COSTA TAQUERIA<br>311 E GRANT LINE ROAD<br>TRACY, CA 95376<br><br>Ex Parte UNITED STATES OF AMERICA, and<br>REVENUE OFFICER MARTHA RODRIGUEZ,<br>    Applicants for Order. | Case No.<br><br>**2:12-mc-00055-GGH**<br><br><br>**ORDER AUTHORIZING ENTRY UPON PREMISES TO EFFECT LEVY** |

     The UNITED STATES OF AMERICA and its Revenue Officer, MARTHA RODRIGUEZ, have applied for an Order to enter upon and into the premises located at 311 E. Grant Line Road, Tracy, California 95376 for the purpose of searching for, levying upon, and seizing the contents of all cash registers, cash boxes, safes, vaults, or any similar receptacle, and similar assets, as further described in the declaration of MARTHA RODRIGUEZ.

     Upon the showing made by the declaration under penalty of perjury of applicant MARTHA RODRIGUEZ, the Court finds that there is probable cause to believe that (1) the taxpayer has outstanding federal tax liabilities, (2) the IRS has made notice and demand upon the taxpayer for such federal tax liabilities, (3) the taxpayer has neglected or refused to pay such federal tax liabilities, and (4) assets to which the federal tax liens has attached, and subject to levy and seizure, are located on or within said premises.  Entry onto the premises to search for and seize the assets, to wit the contents of all cash registers, cash boxes, safes, vaults, or any similar receptacle, and similar assets subject to levy under the Internal Revenue laws, is reasonable under the circumstances.

Order Granting United States' Application                                                                                    -1-

NOW, THEREFORE, IT IS HEREBY ORDERED that MARTHA RODRIGUEZ, and/or such other officers, contractors and agents of the Internal Revenue Service of the United States as it may designate, are authorized and directed to enter upon and into the described private business premises during business hours, or the daytime, for a period not to exceed twenty-one (21) days from the date this Order is signed, in order to effect multiple seizures of the taxpayer's assets described in the Declaration of MARTHA RODRIGUEZ.  However, unless further order of the court is issued, the premises may be entered on only two separate days within the 21 day period.

It is SO ORDERED this 19th day of July, 2012, at Sacramento, California.

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE